Filed            17-CI-00660    06/15/2017            Amy Feldman, Franklin Circuit Clerk

CASE NO.:_____                           FRANKLIN CIRCUIT COURT
                                                  DIVISION _____

*ELECTRONICALLY FILED*

**G.L.**, a minor, by and through
HOLLY LEFLER, as Mother and Next Friend                    PLAINTIFF

v.                        **COMPLAINT**

KATHLEEN ISAAC, CNM, individually
279 King's Daughters Drive, Suite 301
Frankfort, Kentucky 40601

and

WOMEN'S CARE OF THE BLUEGRASS, PLLC
279 King's Daughters Drive, Suite 301
Frankfort, Kentucky 40601
            SERVE:    Dr. Angela Saxena
                      279 King's Daughters Drive
                      Frankfort, KY 40601

and

FRANKFORT HOSPITAL, INC.,
  d/b/a FRANKFORT REGIONAL MEDICAL CENTER
299 King's Daughters Drive
Frankfort, Kentucky 40601
            SERVE:    CT Corporation System
                      306 W. Main Street, Suite 512
                      Frankfort, KY 40601                  DEFENDANTS

                        *** *** ***

Comes the Plaintiff, **G.L.**, a minor, by and through HOLLY LEFLER, as Mother and Next Friend, by counsel, and for her Complaint against the Defendants, KATHLEEN ISAAC, CNM, individually, WOMEN'S CARE OF THE BLUEGRASS, PLLC, and FRANKFORT HOSPITAL, INC., d/b/a FRANKFORT REGIONAL MEDICAL CENTER, she does state as follows:

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000003 of 000015

Filed            17-CI-00660    06/15/2017            Amy Feldman, Franklin Circuit Clerk

Exhibit A

1. Plaintiff, G.L., a minor, is and was at all times relevant to this Complaint herein, a resident of Spencer County, Kentucky, where she resided with her mother, Holly Lefler.

2. Holly Lefler is the natural mother of G.L. who was born on April 14, 2016, and at all times relevant to this Complaint herein, she was a resident of Spencer County, Kentucky.

3. The Defendant, KATHLEEN ISAAC, CNM, individually, is and was at all times relevant hereto duly licensed to practice as a certified nurse midwife in the Commonwealth of Kentucky with a principal place of business located at 279 King's Daughers Drive, Suite 301, Frankfort, Kentucky.

4. The Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC is a Kentucky Limited Liability Company, authorized to do and doing business in the Commonwealth of Kentucky with a principal place of business located at 279 King's Daughters Drive, Suite 301, Frankfort, Kentucky, which provides obstetrical and gynecological healthcare to its patients through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents.

5. The Defendant, FRANKFORT HOSPITAL, INC., d/b/a FRANKFORT REGIONAL MEDICAL CENTER, is a Kentucky Corporation domiciled in the state of Tennessee, authorized to do and doing business in the Commonwealth of Kentucky, with a principal place of business located at 299 King's Daughters Drive, Frankfort, Kentucky, which provides healthcare to its patients through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents.

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000004 of 000015

## COUNT I

### Kathleen Isaac, CNM

6. Plaintiff herein adopts and realleges Paragraphs 1 through 5, as if fully set forth herein and incorporates the same by reference.

7. That the Defendant, KATHLEEN ISAAC, CNM undertook to provide medical care, prenatal through discharge after delivery, to HOLLY LEFLER, and ultimately mismanaged HOLLY LEFLER's prenatal care and delivery of her daughter, the minor Plaintiff, G.L. G.L. specifically, when Ms. Isaac encountered the shoulder dystocia.

8. That Holly Lefler was admitted to the Defendant hospital, FRANKFORT REGIONAL MEDICAL CENTER for the labor and delivery of her daughter, the minor Plaintiff, G.L. and came under the care and treatment of the Defendant, KATHLEEN ISAAC, CNM, who then and there provided medical and obstetrical services to the Plaintiff. Additionally, Holly Lefler was under the active care of Defendant, KATHLEEN ISAAC, CNM, and Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC during her prenatal term.

9. That at all times relevant to the pregnancy in question, it was the duty of the Defendant, KATHLEEN ISAAC, CNM to exercise a reasonable degree of care, diligence and skill ordinarily used by a well-qualified certified nurse midwife would exercise under the same or similar circumstance, in the care and treatment of Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L.

10. That during Holly Lefler's pregnancy, and all times relevant hereto, the Defendant, KATHLEEN ISAAC, CNM, failed to exercise the required degree and the standard of care in treating and attending to Holly Lefler during her prenatal care and through the delivery

of Plaintiff, G.L. and such failure and deviations from the acceptable standard of care and medical practice proximately and legally caused permanent nerve injury to Plaintiff, G.L. left brachial plexus.

11. That as as a direct and proximate result of the Defendant, KATHLEEN ISAAC CNM's negligence, deviations from the acceptable standard of care and from acceptable medical practice, the Plaintiff, G.L. has suffered severe, permanent and irreversible injuries, all to her damage.

12. That as a direct and proximate result of the Defendant, KATHLEEN ISAAC CNM's negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has suffered, and will in the future suffer, severe, permanent and excruciating pain and suffering; physical and mental, all to her damage.

13. That as a direct and proximate result of the Defendant, KATHLEEN ISAAC CNM's negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has undergone and will in the future undergo extensive and ongoing medical care, surgeries, hospitalizations, rehabilitations, and treatments, for which medical expenses and bills have been, and will in the future be, incurred; all past, present and future, all to her damage.

14. That as a direct and proximate result of the Defendant, KATHLEEN ISAAC CNM's negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has been, and will in the future be, permanently and irreversibly disabled and thus her ability to labor and earn has been permanently diminished and/or destroyed, all to her damage.

4

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000006 of 000015

## COUNT II

### Women's Care of the Bluegrass, PLLC

15. Plaintiff herein adopts and realleges Paragraphs 1 through 14, as if fully set forth herein and incorporates the same by reference.

16. That the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC undertook to provide medical care, prenatal through discharge after delivery, to Holly Lefler and her daughter, the Plaintiff G.L.

17. That the Defendant, KATHLEEN ISAAC, CNM was at all times relevant hereto an actual agent and/or an employee of the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, and was at all times relevant hereto acting within the course and scope of her employment for the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, when she mismanaged the prenatal care of Holly Lefler through the delivery of the minor Plaintiff, G.L. with respect to the shoulder dystocia.

18. That the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents, had an independent duty to review and properly supervise the medical care and treatment administered to patients such as Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L.

19. That the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents had a duty to comply with the acceptable standards of care and to use the same degree of reasonable care and attention would exercise under the same

5

or similar circumstance, in the care and treatment of Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L.

20. That the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents was negligent in the hiring, training, supervision and/or retention of its negligent employee and/or agent, the Defendant KATHLEEN ISAAC, CNM.

21. As a result of the negligent hiring, training, supervision, and/or retention by Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC of its employees and/or agents, including the Defendant, KATHLEEN ISAAC, CNM, Plaintiff, G.L. has endured and will continue to endure pain and suffering, has incurred and will continue to incur medical expenses, and her ability to labor and earn has been impaired.

22. Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC owned, operated, had oversight, control, supervisory authority, management responsibilities, and other involvement in the manner, method, system, and maintenance of, and services related to the medical care provided to the Plaintiff, G.L. by and through its employees, agents and assigns, including the Defendant, KATHLEEN ISAAC, CNM.

23. Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC had a duty to insure that physicians, certified nurse midwives, and others working for, or on behalf WOMEN'S CARE OF THE BLUEGRASS, PLLC met the appropriate standards of care and that such standards of care were adhered to. WOMEN'S CARE OF THE BLUEGRASS, PLLC also had a duty of care to its patients in general, and to the Plaintiff, G.L. in particular, to care for, to treat, and to diagnose. WOMEN'S CARE OF THE BLUEGRASS, PLLC also had

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000008 of 000015

a duty to hire, train, and supervise competent physicians, certified nurse midwives, and employees.

24. Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC and/or KATHLEEN ISAAC, CNM breached their duty of care in one or more of the following ways:

(a) Failing to properly review and assess the credentials and qualifications of their physicians and/or employees, specifically Kathleen Isaac, CNM, and other employees charged with the responsibility of examination and/or treatment of patients;

(b) Retaining such individuals as employees and agents of the company despite their lack of qualifications or training;

(c) Failing to have adequate policies and protocols in place for the assessment, diagnosis, examination and follow up for patients, during delivery, who present with a shoulder dystocia;

(d) Failing to train and/or educate the medical staff of this location as to the proper methods and/or techniques when encountering a shoulder dystocia during delivery; and

(h) Failing to have in-service instructional sessions as to the proper methods and/or techniques when encountering a shoulder dystocia during delivery

25. That during the aforedescribed treatment of Plaintiff, G.L. and her mother, Holly Lefler, the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents failed to exercise the required degree and the acceptable standards of care in treating and attending to Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L. and such failure and deviations from

7

Filed         17-CI-00660   06/15/2017,        Amy Feldman, Franklin Circuit Clerk

the acceptable standards of care and medical practice proximately and legally caused permanent nerve injury to Plaintiff, G.L. left brachial plexus.

26. That as a direct and proximate result of the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, the Plaintiff, G.L. has suffered severe, permanent and irreversible injuries, all to her damage.

27. That as a direct and proximate result of the Defendant WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has suffered, and will in the future suffer, severe, permanent and excruciating pain and suffering; physical and mental, all to her damage.

28. That as a direct and proximate result of the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has undergone and will in the future undergo extensive and ongoing medical care, surgeries, hospitalizations, rehabilitations, and treatments, for which medical expenses and bills have been, and will in the future be, incurred; all past, present and future, all to her damage.

8

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)
Package : 000010 of 000015
Filed         17-CI-00660   06/15/2017        Amy Feldman, Franklin Circuit Clerk

Filed          17-CI-00660    06/15/2017,              Amy Feldman, Franklin Circuit Clerk

29. That as a direct and proximate result of the Defendant, WOMEN'S CARE OF THE BLUEGRASS, PLLC, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has been, and will in the future be, permanently and irreversibly disabled and thus her ability to labor and earn has been permanently diminished and/or destroyed, all to her damage.

## COUNT III

### Frankfort Regional Medical Center

30. Plaintiff herein adopts and realleges Paragraphs 1 through 29, as if fully set forth herein and incorporates the same by reference.

31. That on or about April 14, 2016, Holly Lefler was admitted to the Defendant hospital, FRANKFORT REGIONAL MEDICAL CENTER for the labor and delivery of her daughter, the minor Plaintiff, G.L. As such, the Defendant hospital and its' agents and/or employees provided medical and obstetrical services to Holly Lefler including, but not limited to, the prenatal care of Holly Lefler through the delivery of the Minor Plaintiff, G.L.

32. That on or about April 14, 2016, Holly Lefler was admitted to the Defendant hospital, FRANKFORT REGIONAL MEDICAL CENTER, for the labor and delivery of her daughter, the Minor Plaintiff, G.L. and came under the care and treatment of the Defendant, KATHLEEN ISAAC, CNM, an employee and/or apparent agent of the Defendant,

9

FRANKFORT REGIONAL MEDICAL CENTER, who then and there provided medical and obstetrical services to Holly Lefler and the Plaintiff.

33. That the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents, had an independent duty to review and properly supervise the medical care and treatment administered to patients such as Holly Lefler during her prenatal care and through the delivery of the Plaintiff, G.L.

34. That the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents had a duty to comply with the acceptable standards of care and to use the same degree of reasonable care and attention would exercise under the same or similar circumstance, in the care and treatment of Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L.

35. That during the aforedescribed hospitalization and delivery of Plaintiff, G.L. G.L. the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents failed to exercise the required degree and the acceptable standards of care in treating and attending to Holly Lefler during her prenatal care and through the delivery of Plaintiff, G.L. and such failure and deviations from the acceptable standards of care and medical practice proximately and legally caused permanent nerve injury to Plaintiff, G.L. left brachial plexus.

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000012 of 000015

Filed          17-CI-00660   06/15/2017          Amy Feldman, Franklin Circuit Clerk

36. That as a direct and proximate result of the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, the Plaintiff, G.L. has suffered severe, permanent and irreversible injuries, all to her damage.

37. That as a direct and proximate result of the Defendant FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has suffered, and will in the future suffer, severe, permanent and excruciating pain and suffering; physical and mental, all to her damage.

38. That as a direct and proximate result of the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents' negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has undergone and will in the future undergo extensive and ongoing medical care, surgeries, hospitalizations, rehabilitations, and treatments, for which medical expenses and bills have been, and will in the future be, incurred; all past, present and future, all to her damage.

39. That as a direct and proximate result of the Defendant, FRANKFORT REGIONAL MEDICAL CENTER, by and through its directors, officers, shareholders, employees, physicians, nurses, staff members, agents, servants, and/or ostensible agents'

11

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000013 of 000015

negligence, deviations from the acceptable standard of care and from acceptable medical practice, Plaintiff, G.L. has been, and will in the future be, permanently and irreversibly disabled and thus her ability to labor and earn has been permanently diminished and/or destroyed, all to her damage.

40. Plaintiff has been injured in an amount which exceeds the minimum jurisdictional requirements of this Court.

**WHEREFORE,** the Plaintiff, G.L., a minor, by and through HOLLY LEFLER, as mother and next friend, respectfully demands as follows:

1. Judgment against the Defendants, KATHLEEN ISAAC, CNM, individually, WOMEN'S CARE OF THE BLUEGRASS, PLLC, and FRANKFORT HOSPITAL, INC., d/b/a FRANKFORT REGIONAL MEDICAL CENTER in an amount which will reasonably and adequately compensate the Plaintiff, G.L. for her injuries and damages suffered herein;

2. For Plaintiff's costs herein expended, including attorney's fees and the costs incurred in the prosecution of this action;

3. A trial by jury; and

4. Any and all other further relief to which Plaintiff G.L. may appear entitled.

Filed          17-CI-00660     06/15/2017          Amy Feldman, Franklin Circuit Clerk

Respectfully submitted,

*/s/ Brian E. Clare*

BRIAN E. CLARE
ATTORNEY AT LAW
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190
Fax (502) 736-3196
beclareesq@hotmail.com
*Counsel for Plaintiff*

Filed          17-CI-00660     06/15/2017          Amy Feldman, Franklin Circuit Clerk

Presiding Judge: HON. PHILLIP J. SHEPHERD (648260)

Package : 000015 of 000015